Lenworth Parke,
Reg. No. 04432-052
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

RECEIVED

JUN - 7 2022

AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

Lenworth Parke,
    Plaintiff,

       v.

United States of America,

    Defendants.

)
)
)
)
)
)
)
)
)
)

No._____

**VERIFIED COMPLAINT**
**BY PRISONER**

## I.  JURISDICTION

Jurisdiction of this Court, over the United States of America is invoked pursuant to 28 U.S.C. §1346; Federal Tort Claims Act.

## II.  PARTIES

1.  Plaintiff, Lenworth Parke, at all relevant times was incarcerated at Federal Correctional Institution - Fairton, New Jersey.

2.  Defendant, United States of America, at all relevant times employed staff at Federal Correctional Institution - Fairton, New Jersey.

## III.  PREVIOUS LAWSUITS

3.  Plaintiff has no previously filed suits.

## IV.   ADMINISTRATIVE REMEDIES

4.  Plaintiff has fully exhausted his Administrative Remedies through Administrative claim No. TRT-NER-2021-06842. The Tort Claim was denied on February 22, 2022.

## V.   RELEVANT FACTS

5. On July 24, 2020, Plaintiff was called to the Lieutenant's office at FCI Fairton.

6.  Lieutenant Barber, Robinson, and Weiler (hereinafter Lieutenant) told Plaintiff that another inmate dropped a note stating that Plaintiff was in a fight.

7.  Inmate(s) at FCI Fairton routinely send notes to the Lieutenant's office as a means to have other inmates placed in the SHU to get them out of the housing unit or particular cells within the housing unit.

8.  Inmate(s) use notes as an alternative to other violent means of ridding themselves of other inmates they may take issue with.

9.  Lieutenants are aware of the tactics used by inmates to have other inmates removed from housing units and that if inmates are not removed other violent means may be used on that inmate.

10.  The Lieutenant also asked Plaintiff if he had a cell phone and where it was kept.

11.  Either being in fight or in possession of a cell phone would result in Plaintiff being placed in the SHU, at a minimum under investigation for the allegations.

12.  The Lieutenant failed to recognize that the note was meant to have Plaintiff removed from the housing unit.

13. Plaintiff was never placed in the SHU but instead the Lieutenant sent him back to Alfa-Left (A-L) housing unit without further investigation.

14. When Plaintiff walked through the door of A-L and headed toward his cell on the upper tier, another inmate attacked him from behind.

15. The inmate hit Plaintiff in the face with some type of weapon resulting in him being knocked unconscience.

16. Officers responded to the incident and Plaintiff was taken to the outside hospital.

17. Plaintiff underwent surgery wherein doctors put a plate with 18 screws in his left cheek.

## CAUSE OF ACTION

A. Negligence of the United States in violation of New Jersey law.

i. 18 U.S.C. §4042 establishes that the United States has a duty to provide safekeeping for anyone convicted of crimes against it.

ii. The United States breached its duty when it failed to: (1) recognize the note was meant to remove Plaintiff from A-L Housing Unit; or (2) investigate why inmates accused Plaintiff of fighting and possession of a cell phone; and (3) sent Plaintiff back to A-L.

iii. Sending Plaintiff back to A-L housing unit without investigation resulted in the assault.

iv.  As a result Plaintiff under went surgery and received 18 screws and a plate in his left cheek.

## VI.  RELIEF REQUESTED

WHEREFORE, Plaintiff requests that this Court grant the following relief:

18.  Declare that Defendant, United States, by and through its employees, violated New Jersey law against Negligence.

19.  Award compensatory damages against Defendant, United States, for violating New Jersey law against Negligence through the actions of its employees.

20.  Award costs associated with the filing and prosecution of this suit.

21.  Award any other relief this Court deems just and proper.

## VII.  VERIFICATION

22.  I, Lenworth Parke, Plaintiff, verify the facts stated in this complaint are true and correct to my knowledge, and that the facts stated on information and belief are true and correct to the best of my knowledge and belief.

_Lenworth Parke_                    Date: _6/2/22_____, 2022

Lenworth Parke

Respectfully submitted,

Date: ___June 2___, 2022

Lenworth Parke