Lenworth Parke
Reg No 04432-052
Federal Correctional Institution
P.O. Box 420
Fairton, NJ 08320

RECEIVED

FEB 20 2025

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Lenworth Parke,
  Plaintiff,

v,

United States of America,
  Defendant.

:
:  Civil Action No. 22-3559
:
:
:  SECOND AMENDED
: VERIFIED COMPLAINT
:  BY PRISONER
:

## I. JURISDICTION

Jurisdiction of this Court, over the United States of America is invoked pursuant to 28 USC § 1346; Federal Tort Claims Act.

## II. PARTIES

1. Lenworth Parke, Plaintiff, at all relevent times was incarcerated at Federal Correctional Institution Fairton, New Jersey.

2. United States of America, Defendant, at all relevent times employed staff at Federal Correctional Institution Fairton, New Jersey.

1

CERTIFICATE OF SERVICE

I, Lenworth Parke, certify that I have served a true and correct copy to the U.S. District Court for the District of New Jersey by placing said in the prison legal mail system and on the U.S. Attorney by CM/ECF

_____

Lenworth Parke
May 30, 2024

III.    PREVIOUS LAWSUITS.

3. Plaintiff has no previously filed suits.

II.    ADMINISTRATIVE REMEDIES

4. Plaintiff has fully exhausted his Administrative Remedies through Administrative Claim No. TRT-NER-2021-06842. The Tort Claim was denied on February 22, 2022.

I.    Relevant Facts.

5. Plaintiff was incarcerated under conditions posing a substantial risk of serious harm.

6. On July 24, 2020, Plaintiff was called to the Lieutenants office at FCI Fairton.

7. LT Barber, Robinson, and Weiler (hereinafter Lieutenants) told Plaintiff that another inmate dropped a note stating that Plaintiff had been in a fight.

8. Inmate(s) at FCI Fairton routinely send notes to the Lieutenant's office as a means to have other inmates placed in the SHU to get them out of the housing unit or particular cells within the housing unit.

9. Inmate(s) use notes as an alternative to other violent means of ridding themselves of other inmates they may take issue with.

2

10. The Lieutenants are aware of the tacticks used by inmates to have other inmates removed from housing units and that if inmates are not removed other violent means may be used on that inmate.

11. The Lieutenants also asked Plaintiff if he had a cell phone and where it was kept.

12. Either being in a fight or in possession of a cell phone would result in Plaintiff being placed in the SHU, at a minimum, under investigation for the allegations.

13. In fact, in August of 2019, the same occurred. Someone dropped a note on Plaintiff and the Lieutenants placed Plaintiff in the SHU.

14. The Lieutenants had actual knowledge of the danger but disregarded and ignored the implications of the drop note.

15. Plaintiff was not placed in the SHU but instead the Lieutenants sent him back to (A-L) housing unit without further investigation.

16. When Plaintiff walked through the door to A-L and headed toward his cell on the upper tier another inmate attacked him from behind.

17. The inmate hit Plaintiff in the face with some type of weapon resulting in him being knocked unconscience.

3

18. Officers responded to the incident and Plaintiff was taken to the outside hospital.

19. Plaintiff underwent surgery wherein doctors put a plate with 18 screws in his left cheek.

20. Had the Lieutenants not been deliberately indifferent to inmates attempt to rid themselves of Plaintiff & the risk to Plaintiff, Plaintiff would not have been assaulted on July 24th, and would not have had to under go surgery as a result.

## CAUSE OF ACTION

A. Negligence of the United States in violation of New Jersey law.

i. 18 USC § 4042 establishes that the United States has a duty to provide safe keeping for anyone convicted of crimes against it.

ii. The United States breached its duty when it failed to, (1) Protect Plaintiff when it had actual knowledge of the danger but disregarded and ignored the implication of the drop note; (2) investigate why inmates accused Plaintiff of fighting and possession of a cell phone; and (3) sent Plaintiff back to A-L

iii. Sending Plaintiff back to A-L housing unit without regard resulted in the assault.

iv. As a result Plaintiff under went surgery and received 18 screws and a plate in his left cheek.

4

## VI. RELIEF REQUESTED

Wherefore, Plaintiff requests that this Court grants the following Relief:

21. Declare that Defendant, United States, by and through its employees, violated New Jersey law against Negligence.

22. Award compensatory damages against Defendant United States for violating New Jersey law against Negligence through the action of its employees.

23. Award Costs associated with the filing and prosecution of this suit.

24. Award any other relief this Court deems just and proper.

## VII. VERIFICATION

25. I, Lenworth Parke, Plaintiff verify the facts stated in this Complaint are true and correct to my knowledge, and that the facts stated on information and belief are true and correct to the best of my knowledge and belief.

_Lenworth Parke_
Lenworth Parke
February 14, 2025

Respectfully Submitted
_Lenworth Parke_
Lenworth Parke
February 14, 2025

5



Lonworth

Federal Correctional Institution

P.O. Box 420

Fenton NJ 08320

RECEIVED
FEB 20 2025
AT 8:30
CLERK, U.S. DISTRICT COURT-DNJ

CLERK, U.S. DISTRICT COURT-DNJ

RDC 99

CERTI

9589 0710 5270 0856 7678 88

U.S. District Court

P.O. Box 2797

Camden, NJ 08101

S2324A500230-5

08101-279797

U.S. POSTAGE PAID
FCM LETTER
FAIRTON, NJ 08320

FEB 18. 2025

Retail




Date. 2-18-25

The enclosed letter was processed through special maili
cedures for forwarding to you. The letter has bee:
ned not inspected. If the writer raises a question ov.
hich facility and jurisdiction, you may wish to retu.
material for further information or clarification. If the
iter encloses correspondence for forwarding to anoth
ie, pl... he nclosur above addr